UNITED STATES of America,
Plaintiff–Appellee,

v.

Victor Rodolfo Hernandez FLORES,
a.k.a. Rudolfo Hernandez Florez,
a.k.a. Uriel Perez Orosco, a.k.a. Ruben
Lopez Orozco, a.k.a. Juan Hernandez
Ramirez, a.k.a. Juan Rodolfo Ra-
mirez, a.k.a. Filiberto Villegas–Salga-
do, Defendant–Appellant.

No. 13–10145.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2013.*

Filed Jan. 3, 2014.

Owen Peter Martikan, Assistant U.S.,
Barbara Valliere, Assistant U.S., Office of
the U.S. Attorney, San Francisco, CA, for
Plaintiff–Appellee.

Ethan Atticus Balogh, Jay A. Nelson,
Coleman & Balogh LLP, San Francisco,
CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and
GRABER, Circuit Judges.

MEMORANDUM **

Victor Rodolfo Hernandez Flores ap-
peals from the district court's judgment
and challenges the 48–month sentence im-
posed following his guilty-plea conviction
for being a deported alien found in the
United States, in violation of 8 U.S.C.
§ 1326. We have jurisdiction under 28
U.S.C. § 1291, and we affirm.

Hernandez Flores contends that the dis-
trict court procedurally erred by failing to
consider the 18 U.S.C. § 3553(a) sentenc-
ing factors, to respond to his requests for a
downward variance and cultural assimila-
tion departure, and to adequately explain
the sentence. We review for plain error,
see *United States v. Valencia–Barragan,*
608 F.3d 1103, 1108 (9th Cir.2010), and
find none. The record reflects that the
district court adequately considered the
section 3553(a) sentencing factors, re-
sponded to Hernandez Flores's arguments
for a variance and departure, and suffi-
ciently explained the sentence imposed.
*See United States v. Carty,* 520 F.3d 984,
992–93 (9th Cir.2008) (en banc).

We do not consider Hernandez Flores's
argument that the district court failed to
properly calculate the Guidelines range
and instead created a Guidelines range
that would encompass the 48–month sen-
tence, because it was raised for the first
time in his reply brief. *See United States
v. Mejia–Pimental,* 477 F.3d 1100, 1105 n.
9 (9th Cir.2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.